AO 470 (12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **ORDER OF TEMPORARY DETENTION** |
| | § | **PENDING HEARING PURSUANT TO** |
| vs. | § | **BAIL REFORM ACT** |
| | § | |
| (2) ARTURO OLOVERIG AGLIPAY JR. | § | Case Number:  WA:09-CR-00151(2)-WSS |
| _Defendant_ | | |

Upon Motion of the Court, it is ORDERED that a ___X___ Detention Hearing

_____ Preliminary Examination ___X___ Arraignment is set for: _____10/15/09_____

\* at ___2:00 P.M.___ before U.S. Magistrate Judge _____JEFFREY C. MANSKE_____
_Name of Judicial Officer_

in the ___U.S. Magistrate Court, Courtroom No. 3, Second Floor, 800 Franklin Avenue, Waco, Texas.___
_Location of Judicial Officer_

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

_____10/9/09_____
_Date_

_JEFFREY C MANSKE_ (signature)
JEFFREY C MANSKE
U.S. MAGISTRATE JUDGE

---

\* If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or or attempt to threaten, injure, or intimidate a prospective witness or juror.