ARTURO OLOVERIG AGLIPAY, JR.
[Full Name]
Registration #: 15109-298
Federal Correctional Institution,
Victorville, California
Post Office Box 3725
Adelanto, California 92301

In Pro Se

FILED

JUL 19 2012

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

U.S. COURT OF APPEALS

FOR THE FIFTH CIRCUIT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN TEXAS - WACO

-oOo-

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Respondent, | ) | No.: U:09-CR-151 (02) |
| | ) | 6:12-CV-11 |
| V. | ) | APPEAL NO. 12-50254 |
| | ) | |
| ARTURO AGLIPAY, JR. | ) | NOTICE OF CHANGE |
| Movant. | ) | OF ADDRESS |
| | ) | |
| | ) | |

NOTICE IS HEREBY GIVEN that my new address is:

Federal Correctional Institution, Victorville
Post Office Box 3725
Adelanto, California 92301

Dated: _____July 10,_____, 20 12 .

/S/ Arturo O. Aglipay Jr.
Arturo Aglipay, Jr.
Movant In Pro Se          [Type Name]

# CERTIFICATE OF SERVICE

I certify that on the __10__ th day of _____July_____,
20 _12_, I placed in the legal mail receptacle at F.C.I., Victorville, California, a copy of the foregoing **NOTICE OF CHANGE OF ADDRESS** in a sealed envelope, first class postage prepaid, to each of the following:

United States District Court
Western District of Texas
Waco Division
Clerk of the Court
U.S. Courthouse
800 Franklin Avenue
Waco, TX  76701

U.S. Court of Appeals
For the Fifth Circuit
~~\[illegible\]~~
Office of the Clerk
600 S. Maestri Place
New Orleans, LA  70130

This certificate was executed on this __10__ th day of _____July_____, 20 _12_ at Victorville, California.

/S/ *Arturo O. Oglipay Jr.*
_____
Arturo Aglipay, Jr.
[Type Name]

NAME:   Arturo Aglipay, Jr.
REG #:   15109-298
FEDERAL CORRECTIONAL COMPLEX
P.O. BOX 3725
ADELANTO, CA 92301

SAN BERNARDINO CA 923

16 JUL 2012 PM 7 1

"Legal Mail"

United States District Court
Western District of Texas
Waco Division
Clerk of the Court
U.S. Courthouse
800 Franklin Avenue
Waco, TX  76701

76701193480