# United States District Court

for

**WESTERN DISTRICT OF TEXAS - WACO**

## Report on Offender Under Supervision

Name of Offender: **Arturo Oloverig Aglipay, Jr.**     Case Number: **6:09-CR-151(02)**

Name of Sentencing Judicial Officer: **Chief United States District Judge Walter S. Smith, Jr.**

Date of Original Sentence: **May 6, 2010**

Original Offense: **Conspiracy to Commit Bank Fraud – 18 U.S.C. § 1349 {18 U.S.C. § 1344}**

Original Sentence: **Ninety-four (94) months custody, followed by a five (5) year term of supervised release; $100.00 special assessment (satisfied); $113,780.00 restitution ($60,032.09 balance)**

Type of Supervision: **Supervised Release**     Date Supervision Commenced: **July 29, 2016**

## PREVIOUS COURT ACTION

None

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**Violation Number 1:** The defendant violated Standard Condition Number 7, in that, he used or possessed amphetamines when on or about February 11, 2020, he submitted a urine sample which tested positive for amphetamines.

**Factual Basis**: On February 11, 2020, U.S. Probation Officials collected a urine sample from Mr. Aglipay. The sample was mailed to the San Diego Regional Drug Testing Laboratory for testing and the results were positive for amphetamines. When confronted, the offender admitted to attending a party where he was given a substance to help him "relax and feel good" which contained amphetamines.

**U. S. Probation Officer Action:** Mr. Aglipay resides in California and is being supervised by the Central District of California. He has commenced participation in Moral Reconation Therapy (MRT) which is a cognitive-based counseling program. MRT is a step-by-step treatment strategy designed to promote growth of a positive, non-criminal identity which addresses criminal or negative thinking patterns. It is recommended that no judicial action be taken, and Mr. Aglipay be allowed to complete his counseling. He will continue to be randomly drug tested and closely monitored.

Approved by:                                                  Respectfully submitted,


OSWALDO T. HINOJOS                           THELMA HAUCK
Supervising U. S. Probation Officer            Sr. U. S. Probation Officer
Date: April 1, 2020

---

☐ Submit a Request for Modifying the Condition or Terms of Supervision

☐ Submit a Request for Warrant or Summons

☒ No Action


Jeffrey C. Manske
United States Magistrate Judge


April 2, 2020

Date