PROB 12B
(7/93)

FILED

UNITED STATES DISTRICT COURT

SEP 10 2020

for

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## WESTERN DISTRICT OF TEXAS - WACO

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: **Arturo Oloverig Aglipay, Jr.**          Case Number: **6:09CR151(02)-ADA**

Name of Sentencing Judicial Officer: **Chief United States District Judge Walter S. Smith**

Date of Original Sentence: **May 6, 2010**

Original Offense: **Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 1349 {18 U.S.C. § 1344}**

Original Sentence: **94 months imprisonment; 5 years supervised release; $100.00 special assessment; $113,780.00 Restitution**

Type of Supervision: **Supervised Release**          Date Supervision to Commence: **July 29, 2016**

---

### PREVIOUS COURT ACTION

On April 2, 2020, the court was notified the offender had submitted a positive drug test on February 11, 2020. No punitive action was taken and the defendant was referred to treatment.

---

### PETITIONING THE COURT

[X]    To modify the conditions of supervision as follows:

**The defendant shall have no contact of any kind, to include no contact by mail, telephone, email, social media or personal contact, with Maria Corazon Oliveros Hinson, without the permission of the probation officer.**

**The defendant shall not gamble or open any new lines of credit or incur any new debt during the term of supervised release, without the approval of the probation officer, until all criminal monetary fees, including restitution are paid in full.**

The defendant has waived his right to a hearing and counsel.

---

Arturo Oloverig Aglipay Jr.
6:09CR151(021)-ADA
Request for Modifying the
Conditions or Term of Supervision
with Consent of Offender
September 8, 2020

## CAUSE

Mr. Aglipay is being supervised in California. He currently owes $58,757.09 in restitution. On August 28, 2020, the U.S. Probation Office in California advised the defendant had been gambling on a frequent basis while only paying $25.00 per month in restitution.. Additionally, the defendant's sister, Maria Hinson, advised the U.S. Probation Office the defendant recently became physically aggressive with her during an argument, though no charges were filed. Ms. Hinson advised she no longer wants the defendant to reside with her or to have any contact with him as she is afraid of him.

Based on the information above, the U.S. Probation Office respectfully recommends the conditions of supervised release be amended to include the above noted special conditions, which will promote public safety and aid in the collection of restitution. Mr. Aglipay has agreed to the modifications.

Approved by:                                          Respectfully submitted,

Gregory C. Robinson                                  Roy Pate
Supervising U.S. Probation Officer                   U. S. Probation Officer

Date: September 8, 2020                               Date: September 8, 2020

---

## THE COURT ORDERS:

☐   No Action

☑   The modification of conditions as noted above.

☐   The extension of supervision as noted above.

☐   Other

The Honorable Alan Albright
United States District Judge

9/10/20
Date