PROB 12C
(7/93)

FILED

OCT 2 0 2020

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

## United States District Court

for

### WESTERN DISTRICT OF TEXAS - WACO

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Arturo Oloverig Aglipay, Jr.**          Case Number: **6:09-CR-151(02)**

Name of Sentencing Judicial Officer: **Chief U.S. District Judge Walter S. Smith, Jr.**

Date of Original Sentence: **May 6, 2010**

Original Offense: **Conspiracy to Commit Bank Fraud – 18 U.S.C. § 1349 {18 U.S.C. § 1344}**

Original Sentence: **Ninety-four (94) months in the custody of the U.S. Bureau of Prisons, followed by a five (5) year term of supervised release; $100 special assessment (satisfied); $113,780.00 restitution ($58,457.09 balance)**

Maximum Term of Imprisonment Upon Revocation: **3 years**

Type of Supervision: **Supervised Release**          Date Supervision Commenced: **July 29, 2016**

Assistant U.S. Attorney: **Gregory S. Gloff**     Defense Attorney: **Dan MacLemore, IV**

### PREVIOUS COURT ACTION

**On April 1, 2020, a 12A, Report on Offender Under Supervision, was submitted to the Court due to a positive drug test for amphetamine. It was recommended no action be taken pending the offender's participation in drug treatment. On April 2, 2020, the Court approved the recommended action.**

**On September 8, 2020, a 12B, Request for Modifying the Conditions or Term of Supervision with Consent of the Offender, was submitted to the Court to include the special conditions of no contact with Maria Corazon Oliveros Hinson without the permission of the probation officer and a no gambling condition. The Court approved the modifications on September 10, 2020.**

FILED

OCT 2 0 2020

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY
DEPUTY

Petition for Warrant or Summons for Offender Under Supervision                                                    Page 2

===============================================================================

## PETITIONING THE COURT

[ X] To issue a warrant                              [ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number 1:** The defendant violated Standard Condition Number 7; in that, he used or possessed amphetamines when on or about February 11, 2020, he submitted a urine sample which tested positive for amphetamines.

**Factual Basis:** On February 11, 2020, U.S. Probation Officials collected a urine sample from Mr. Aglipay. The sample was mailed to the San Diego Regional Drug Testing Laboratory for testing and the results were positive for amphetamines. When confronted the offender admitted to attending a party where was given a substance to help him "relax and feel good" which contained amphetamines.

**Violation Number 2:** The defendant violated Standard Condition Number 1; in that, in September 2020 and October 2020, the defendant traveled outside the judicial district without permission of the Court or probation officer.

**Violation Number 3:** The defendant violated Standard Condition Number 3; in that, on October 13, 2020, the defendant provided the probation officer false information as to his place of residence.

**Violation Number 4:** The defendant violated Special Condition Number 2; in that, in September 2020, the defendant admitted to gambling at several Indian casinos.

**Factual Basis:** On October 14, 2020, USPO Daniel Alejandro from the Eastern District of California attempted to contact Arturo Oloverig Aglipay, Jr., at the Surestay Hotel in Bakersfield. Aglipay had reported that location as his residence on October 13, 2020. When USPO Alejandro spoke to hotel staff it was determined that Aglipay had not rented a room at that property since September 1, 2020. After several hours of not answering his phone calls, Aglipay contacted USPO Alejandro reporting he was not in Bakersfield, but was in the San Jose, California area which is in the Northern District of California. When asked for an address of where he was residing in San Jose, Aglipay refused to provide that information. During that same conversation, Aglipay admitted to traveling to the San Fernando Valley in the Central District of California in September 2020, to gamble. He went to the San Manuel Indian Casino, the Pala Indian Casino, and others, but he could not provide any other specifics. It is still unknown as to where the offender is residing. Mr. Aglipay has absconded from supervision.

Approved by:                                              Respectfully submitted,

_____                                _____
OSWALDO T. HINOJOS                                       THELMA HAUCK
Supervising U. S. Probation Officer                      Sr. U.S. Probation Officer
Date: October 20, 2020

_____

THE COURT ORDERS:

☐ No Action

☑ The issuance of a warrant.

☐ The issuance of a summons.

☐ Other

_____
JEFFREY C. MANSKE
U.S. Magistrate Judge

_____
10-20-2020
Date