AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the

Western District of Texas

FID# 3398219

**FILED**
December 16, 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ lad _____
DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   6:09-CR-151(02) |
| | ) | |
| | ) | |
| | ) | |
| ARTURO OLOVERIG AGLIPAY, JR. | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Arturo Oloverig Aglipay, Jr.

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☒ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Violation of 18 U.S.C. § 3583, per attached petition.

Date:  10-20-2020

_____
*Issuing officer's signature*

City and state:     Waco, Texas

Jeffrey C. Manske, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/20/2020, and the person was arrested on *(date)* 10/23/2020
at *(city and state)* Bakersfield, CA.

Date:  10/26/2020

_____
*Arresting officer's signature*

ANTON SLAVICH DUSM
*Printed name and title*

FOR USM E/CA Bakersfield