# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case Number:  WA:09-CR-00151(2)-RP |
| | § | |
| (2) ARTURO OLOVERIG AGLIPAY JR. | § | |
| *Defendant* | | |

## WAIVER OF RIGHTS AND CONSENT TO PROCEED
## BY VIDEO TELECONFERENCE

I, (2) ARTURO OLOVERIG AGLIPAY JR., the above named defendant, being advised of the nature of the charges against me, hereby voluntarily waive any and all rights I may have pursuant to the Confrontation Clause of the Sixth Amendment to the United States Constitution and pursuant to Fed. R. Crim. P. 43 and consent to proceed by video teleconference in the

( X )   FINAL SUPERVISED RELEASE REVOCATION HEARING

Executed on this 5th day of January, 2021.

ORAL CONSENT VIA VIDEO TELECONFERENCE
(2) ARTURO OLOVERIG AGLIPAY JR.
*Defendant*

JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE

*UNABLE TO SIGN DUE TO COVID-19